IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:04CR69 |
| AUGUST DALLAS, | ) ) | **ORDER** |
| Defendant. | ) ) | |

Before the Court is the Motion to Withdraw as Counsel [45] filed by Attorney Shannon P. O'Connor. Good cause being shown, the motion is granted and Mr. O'Connor will be deemed withdrawn. The court will appoint CJA panel Steven E. Achelpohl.

IT IS ORDERED:

1. That the Motion to Withdraw as Counsel [45] is granted. Shannon P. O'Connor is deemed withdrawn as attorney of record.

2. The court appoints Steven E. Achelpohl as attorney of record for the above-named defendant.

DATED this 12th day of May, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge