# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | 8:04CR69 |
| AUGUST J. DALLAS, | ) | ORDER |
| Defendant. | ) | |

Defendant August J. Dallas appeared before the court for a Detention Hearing on Thursday, December 27, 2007 on a Petition for Warrant or Summons for Offender Under Supervision [36]. The defendant was represented by Attorney Steven E. Achelpohl and the United States was represented by Assistant U.S. Attorney Douglas R. Semisch. The government did not request detention. Therefore, the defendant was released on an Order Setting Conditions of Release and current conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Smith Camp.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Judge Laurie Smith Camp in Courtroom No.2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **February 11, 2008 at 3:30 p.m.** Defendant must be present in person.

2. The defendant is released on Order Setting Conditions of Release and current conditions of supervision.

DATED this 27th day of December, 2007.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge