## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:04CR69 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| AUGUST J. DALLAS, | ) ) | |
| Defendant. | ) ) | |

This matter is before the Court on the Court's own motion to extend the time until August 6, 2008, to file objections to the Magistrate Judge's Report and Recommendation (Filing No. 73).

IT IS ORDERED that the parties must file any objections to the Report and Recommendation (Filing No. 73) on or before August 6, 2008.

DATED this 22nd day of July, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge